# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 08-08207 FMC (AJW) | Date | January 13, 2009 |

Title   LEE PEYTON V. STEVEN JENKINS et al.

---

Present: The Honorable    **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

None Present    None Present

Proceedings:
MINUTE ORDER (IN CHAMBERS)

---

Due to the misunderstanding of the court clerk, the ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMMENT OF FILING FEE was Granted in error.

The ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMMENT OF FILING FEE is hereby DENIED.

: N / A

Initials of Preparer    JAC